NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**TOSHIBA CORPORATION,**
*Plaintiff-Appellant,*

v.

**IMATION CORP., MOSER BAER INDIA LTD.,
GLYPHICS MEDIA, INC., CMC MAGNETICS CORP.,
HOTAN CORP., KHYPERMEDIA CORP.,
RITEK CORP., AND ADVANCED MEDIA, INC.,**
*Defendants-Appellees.*

2011-1204

Appeal from the United States District Court for the Western District of Wisconsin in case no. 09-CV-0305, Magistrate Judge Stephen L. Crocker.

## ON MOTION

## ORDER

Toshiba Corporation moves for a 30-day extension of time, until September 12, 2011, to file its reply brief. Imation Corp., et al. oppose. Toshiba replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG 0 5 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Deanne E. Maynard, Esq.
Alan D. Smith, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 5 2011

JAN HORBALY
CLERK